UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK SENIOR,

                Plaintiff,

      -against-

KEEP HEALTHY, INC.,

                Defendant.
------------------------------------------------------------X

22-CV-7064 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on August 18, 2022, (Doc. 1), and filed an affidavit of service on September 5, 2022, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was September 20, 2022. (*See id*.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 29, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 21, 2022
            New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge