UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
          :
FRANK SENIOR, On Behalf of All Others  :
Similarly Situated,           :
          :
                           Plaintiff    :          22-CV-7064 (VSB)
          :
              -against-           :          **ORDER**
          :
KEEP HEALTHY, INC.,          :
          :
                        Defendant.  :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The post-discovery conference in this matter currently scheduled for July 3, 2023, at 10:00 a.m. is hereby adjourned to Wednesday, July 5, 2023, at 3:00 p.m.

SO ORDERED.

Dated:   May 31, 2023
            New York, New York

                                                         Vernon S. Broderick
                                                          United States District Judge