```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANK SENIOR, On Behalf of All Others                       :
Similarly Situated,                                         :
                                                            :
                               Plaintiff                    :        22-CV-7064 (VSB)
                                                            :
                -against-                                   :            ORDER
                                                            :
KEEP HEALTHY, INC.,                                         :
                                                            :
                               Defendant.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      The case management plan in this matter required the parties to submit a joint letter updating the court on the process of the case by June 28, 2023.  (Doc. 26 ¶ 12.)  To date, no post-discovery letter has been submitted.  Accordingly, parties shall submit this letter by June 3, 2023.

SO ORDERED.

Dated:    June 29, 2023
             New York, New York

                                                                    Vernon S. Broderick
                                                                   United States District Judge