UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                        :
FRANK SENIOR, On Behalf of All Others    :
Similarly Situated,                                     :
                                                        :
                              Plaintiff        :              22-CV-7064 (VSB)
                                                        :
              -against-                        :              **ORDER**
                                                        :
KEEP HEALTHY, INC.,                          :
                                                        :
                              Defendant.    :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        The case management plan in this matter required the parties to submit a joint letter

updating the court on the process of the case by June 28, 2023.  (Doc. 26 ¶ 12.)  To date, no post-

discovery letter has been submitted.  Accordingly, parties shall submit this letter by July 3, 2023.

This order supersedes my prior order at Doc. 31.

SO ORDERED.

Dated:    June 29, 2023
          New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge