UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
          :
FRANK SENIOR, On Behalf of All Others  :
Similarly Situated,      :
     :
          Plaintiff    :    22-CV-7064 (VSB)
     :
    -against-     :    **ORDER**
     :
KEEP HEALTHY, INC.,     :
     :
          Defendant.  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     A post-discovery conference in this matter is scheduled for July 19, 2023, at 4:00 p.m. The dial-in number is 888-363-4749 and the conference code is 2682448. Parties should be aware that given the Court's current schedule, I do not anticipate being able to try this case before January 2024. Accordingly, at this conference, parties should be prepared to discuss any outstanding discovery issues, plans for dispositive motion practice, potential trial dates, and whether the parties are willing to try this case before the designated magistrate judge or another district judge.

SO ORDERED.

Dated:    July 5, 2023
          New York, New York

                                              Vernon S. Broderick
                                              United States District Judge