UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANK SENIOR, On Behalf of All Others                       :
Similarly Situated,                                         :
                                                            :
                                         Plaintiff   :          22-CV-7064 (VSB)
                                                            :
                  -against-               :          **ORDER**
                                                            :
KEEP HEALTHY, INC.,                                         :
                                                            :
                            Defendant.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        The parties shall submit a joint status letter on any outstanding discovery issues by August 11, 2023.

SO ORDERED.

Dated:   July 19, 2023
             New York, New York

_____
Vernon S. Broderick
United States District Judge