UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                       :

FRANK SENIOR, On Behalf of All Others Similarly Situated,  :

                          Plaintiff    :        22-CV-7064 (VSB)

             -against-        :        **ORDER**

KEEP HEALTHY, INC.,        :

                         Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On August 18, 2023, parties submitted a letter with proposed trial dates for this action. (Doc. 38.) However, while Plaintiff brings this case as a class action, (Doc. 18 ¶¶ 51–58), no motion to certify a class has been brought. Accordingly, parties shall submit a joint letter by August 25, 2023, stating if Plaintiff wishes to maintain this action as a class action and, if so, proposing a schedule for a motion to certify a class action.

SO ORDERED.

Dated:    August 21, 2023
              New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge