UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    :
FRANK SENIOR, On Behalf of All Others  :
Similarly Situated,    :
    :
                     Plaintiff,  :       22-CV-7064 (VSB)
    :
        - against -    :       **ORDER**
    :
KEEP HEALTHY, INC.,  :
    :
                    Defendants.  :
    :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On August 18, 2023, the parties submitted proposed trial dates, (Doc. 38), and on August 23, Plaintiff confirmed that this action would not be proceeding as a class action, (Doc. 40). Accordingly, it is hereby

       ORDERED that trial is scheduled to start on March 7, 2024, at 10:00am.

       IT IS FURTHER ORDERED that pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order is due on or before February 5, 2024.  Motions in limine, joint proposed voir dire questions, a verdict form, and jury instructions are due on or before February 19, 2024, and oppositions to motions in limine are due on or before February 26, 2024.

       IT IS FURTHER ORDERED that counsel for all parties appear for a final pretrial conference on March 2, 2024, at 2:00 p.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: August 24, 2023
          New York, New York

Vernon S. Broderick
United States District Judge