UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                  :

FRANK SENIOR, *On Behalf of All Others*   :
*Similarly Situated*,                                
                                   :

                     Plaintiff,    :                22-CV-7064 (VSB)
                                   :

         - against -               :                   **ORDER**
                                   :
                                   :

KEEP HEALTHY, INC.,                 :
                                   :

                     Defendant.    :
                                   :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Due to a conflict in the Court's schedule, the first day of trial in this case is rescheduled from March 7, 2024 to March 4, 2024 at 10:00 a.m.

IT IS FURTHER ORDERED that pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order is due on or before February 5, 2024.  Motions in limine, joint proposed voir dire questions, a verdict form, and jury instructions are due on or before February 19, 2024, and oppositions to motions in limine are due on or before February 26, 2024.

IT IS FURTHER ORDERED that counsel for all parties appear for a final pretrial conference on February 29, 2024, at 2:00 p.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:        December 18, 2023
                 New York, New York

                                           Vernon S. Broderick
                                           United States District Judge