UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                          :
FRANK SENIOR, *On Behalf of All Others*    :
*Similarly Situated*,                         :
                          :
                Plaintiff,     :      22-CV-7064 (VSB)
                          :
        - against -        :      **ORDER**
                          :
KEEP HEALTHY, INC.,                :
                          :
               Defendant.  :
                          :
---------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On August 24, 2023, I scheduled trial in this case to begin on March 7, 2024. (Doc. 41.) My scheduling order further directed the parties to file a joint pretrial order by February 5, 2024. (*Id.*) Due to a conflict in the Court's schedule, I subsequently rescheduled the first day of trial to March 4, 2024. (Doc. 42.) My order rescheduling trial reminded the parties that the joint pretrial order was due on February 5, 2024. (*Id.*) To date, however, the parties have not filed a joint pretrial order. Accordingly, it is hereby:

       ORDERED that the parties shall file a joint letter, by February 13, 2024, providing the Court with an update on the status of this case. To the extent that the parties disagree on one or more issues, the parties should set forth their respective positions as to each disputed issue in separately designated sections the joint letter. If the parties fail to comply with this order, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: February 6, 2024
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge