UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                      :
FRANK SENIOR, *On Behalf of All Others*    :
*Similarly Situated*,                             :
                                      :
                         Plaintiff,    :         22-CV-7064 (VSB)
                                      :
              - against -              :           **<u>ORDER</u>**
                                        :
KEEP HEALTHY, INC.,                :
                                      :
                       Defendant.  :
                                      :
---------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On August 24, 2023, I scheduled trial in this case to begin on March 7, 2024. (Doc. 41.) My scheduling order further directed the parties to file a joint pretrial order by February 5, 2024. (*Id.*) Due to a conflict in the Court's schedule, I subsequently rescheduled the first day of trial to March 4, 2024. (Doc. 42.) My order rescheduling trial reminded the parties that the joint pretrial order was due on February 5, 2024. (*Id.*) After the parties failed to file a joint pretrial order by February 5, 2024, I ordered them to submit a joint status letter by February 13, 2024. (Doc. 43.) My February 13 Order warned the parties that failure to comply may result in dismissal of the case for failure to prosecute under Federal Rule of Civil Procedure 41(b). (*Id.*) To date, the parties have not complied with either of my orders. Accordingly, it is hereby:

ORDERED that the parties shall file a joint letter, by February 19, 2024, providing the Court with an update on the status of this case. If the parties fail to comply with this order, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: February 14, 2024
       New York, New York

                                                                      Vernon S. Broderick
                                                                      United States District Judge