UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANK SENIOR, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiff,

v.

KEEP HEALTHY, INC.,

        Defendants
------------------------------------------------------------x

No.: 1:22-cv-7064

ECF CASE

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, FRANK SENIOR, and Defendant, KEEP HEALTHY, INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       June 26, 2024

**GOTTLIEB & ASSOCIATES PLLC**

*/s/ Jeffrey M. Gottlieb*

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

**STEIN & NIEPORENT LLP**

*/s/ David Stein*

David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
Phone: (212) 308-3444
Fax: (212) 836-9595
dstein@steinllp.com

*Attorney for Defendant*